# EXHIBIT F

# EXHIBIT F

| | |
|---|---|
| **From:** | Eisenlohr-Moul, Kelly <Kelly.Eisenlohr-Moul@DINSMORE.COM> |
| **Sent:** | Friday, June 15, 2018 7:56 AM |
| **To:** | BRADLEY TJALAS |
| **Subject:** | RE: EEOC Privacy Letter |

Mr. Tjalas:

I disagree that G4S has any obligation to produce this overly broad information, which has nothing to do with the Charging Party.  Please serve the company with a subpoena and I will file a motion to quash, and we can let a federal district  court judge decide the appropriate scope of the EEOC's subpoena power in this case.

Kind regards,



**Kelly E. Eisenlohr-Moul**
Partner Of Counsel

Dinsmore & Shohl LLP  •  Legal Counsel
1100 Peachtree Street NE
Suite 950
Atlanta, GA 30309
**T** (470) 300-5337  •  **F** (470) 300-5352
**E** Kelly.Eisenlohr-Moul@DINSMORE.COM  •  dinsmore.com

---

**From:** BRADLEY TJALAS [mailto:BRADLEY.TJALAS@EEOC.GOV]
**Sent:** Friday, June 15, 2018 7:50 AM
**To:** Eisenlohr-Moul, Kelly
**Subject:** EEOC Privacy Letter

Ms. Eisenlohr-Moul,
Based on your uploaded response to the RFI, dated June 15, 2018, Respondent is refusing to produce requested information. Specifically; Items #6, #15, #16, and #18. Attached you will find the EEOC privacy letter which authorizes the commission to obtain the requested documents. Please provide these items by the requested date, June 22, 2018. This letter has also been uploaded into the portal.

v/r

Brad Tjalas
Investigator
Bradley.tjalas@eeoc.gov
(619) 557-7280 Direct
(619) 557-7274 Fax
555 West Beech Street #504
San Diego, CA 92101

NOTICE: This electronic mail transmission from the law firm of Dinsmore & Shohl may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.